IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUANGHUI ZHAO,

    Petitioner,

v.

DORA CASTRO, in her official capacity of Warden, Otero County Processing Center; JOEL GARCIA, in his official capacity as Field Office Director of El Paso, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; and EXECUTIVE OFFICE OF IMMIGRATION REVIEW,

    Respondents.

Case No. 2:26-cv-00079-MIS-JMR

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

THIS MATTER is before the Court on Petitioner Guanghui Zhao's Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed January 16, 2026. The same day, January 16, 2026, the Court issued an Order Directing Service and Order to Show Cause ("Order"), ECF No. 3, which instructed Petitioner to serve the Petition and Order "on each of the individual Respondents pursuant to the Federal Rules of Civil Procedure." Order at 1. The Order further instructs that "Respondents shall respond to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of service of the Petition." Id. at 2.

On January 22, 2026, Petitioner filed Proof of Service reflecting that each Respondent was served via Certified Mail on January 20, 2026. ECF No. 5-1. To date, no Respondent has filed a response or otherwise shown cause why the Petition should not be granted. Consequently, the Court will treat the Petition as uncontested and grant the Petition.

Additionally, and alternatively, the Court has carefully reviewed the Petition and, accepting the facts as true, uncontested, and supported by the exhibits attached to the Petition, the Court finds that relief should be granted on the merits for the reasons articulated by this Court in <u>Lopez-Romero v. Lyons</u>, Case No. 2:25-cv-01113-MIS-JHR, 2026 WL 92873 (D.N.M. Jan. 13, 2026).

Therefore, it is **HEREBY ORDERED** that:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED**;

2. Respondents are **ORDERED** to provide Petitioner with an individualized bond hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a) within <u>seven days</u> of the date of this Order, at which the Government must prove by clear and convincing evidence that Petitioner poses a flight risk or danger to the community. If the Government fails to meet its burden, bond shall be set at an amount Petitioner can reasonably afford;

3. If Petitioner has not received a bond hearing by 3:00 pm on February 5, 2026, he shall be immediately released and shall not be re-detained without a pre-deprivation bond hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which the Government must prove by clear and convincing evidence that Petitioner is a danger or flight risk; and

4. The Court will separately enter Final Judgment in favor of Petitioner but retain jurisdiction over this matter.

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE