# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GUANGHUI ZHAO,

     Petitioner,

v.

DORA CASTRO, in her official capacity of
Warden, Otero County Processing Center;
JOEL GARCIA, in his official capacity as
Field Office Director of El Paso, Immigration
and Customs Enforcement; KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
PAMELA BONDI, in her official capacity as
Attorney General of the United States; and
EXECUTIVE     OFFICE     FOR
IMMIGRATION REVIEW,

     Respondents.

Case No. 2:26-cv-00079-MIS-JFR

## **ORDER TO IMMEDIATELY RELEASE PETITIONER**

THIS MATTER is before the Court on a letter filed by counsel for Petitioner Guanghui

Zhao, which the Court construes as a Notice of Noncompliance.  ECF No. 8.

On January 16, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28

U.S.C. § 2241.  ECF No. 1.  The same day, January 16, 2026, the Court issued an Order Directing

Service and Order to Show Cause ("Order"), ECF No. 3, which instructed Petitioner to serve the

Petition and Order "on each of the individual Respondents pursuant to the Federal Rules of Civil

Procedure."  Order at 1.  The Order further instructs the Clerk's Office to provide a courtesy copy

of the Order to the United States Attorney's Office for the District of New Mexico at the email

address the U.S. Attorney's Office created for these immigration habeas petitions.  Id.  The Clerk's

office complied with this directive.  The Order further instructs that "Respondents shall respond

to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of service of the Petition." Id. at 2.

On January 22, 2026, Petitioner filed Proof of Service reflecting that each Respondent was served via Certified Mail on January 20, 2026. ECF No. 5-1. However, Respondents failed to timely respond to the Petition.

Consequently, on January 29, 2026, the Court issued an Order Granting the Petition for Writ of Habeas Corpus. ECF No. 6 at 1. The Court ordered Respondents to "provide Petitioner with an individualized bond hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order, at which the Government must prove by clear and convincing evidence that Petitioner poses a flight risk or danger to the community." Id. at 2. The Court further ordered that "[i]f Petitioner has not received a bond hearing by 3:00 pm on February 5, 2026, he shall be immediately released and shall not be re-detained without a pre-deprivation bond hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which the Government must prove by clear and convincing evidence that Petitioner is a danger or flight risk." Id. The Court issued Final Judgment, ECF No. 7, but retained jurisdiction over the case to ensure compliance with its Orders, ECF No. 6 at 2.

On February 9, 2026, Petitioner's counsel filed the instant Notice of Noncompliance, stating that, to date, Respondents have not given Petitioner a bond hearing or released him from custody. ECF No. 8 at 1-2.

It is **HEREBY ORDERED** that:

1. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Guanghui Zhao from custody without restraints beyond those that existed before his unlawful detention;

2.      Respondents **SHALL NOT** re-detain Petitioner without a pre-deprivation hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which the Government must prove by clear and convincing evidence that Petitioner is a danger or flight risk;

3.      Respondents **SHALL FILE** a Notice of Compliance with this Order on the docket by 3:00 p.m. on Tuesday, February 10, 2026;

4.      The Clerk's Office **SHALL** serve Respondents with a copy of this Order, the Court's Order Granting Petition for Writ of Habeas Corpus, ECF No. 6, and Final Judgment, ECF No. 7, through CMECF, as outlined in this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241, Case 1:26-mc-00004, ECF No. 3 (D.N.M. Jan. 28, 2026), and shall make a notation on the docket once service of these documents has been completed; and

5.      The Clerk's Office shall provide a courtesy copy of this Order to the United States Attorney's Office for the District of New Mexico at the following email address: USANM.Civil.Immigration@usdoj.gov, and shall make a notation on the docket once these documents have been emailed to this email address.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

3